IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action Number: 1:05-CV-0517-CB-B |
| vs. | ) ) | |
| HEALTHSOUTH, INC., d/b/a HEALTHSOUTH MOBILE SURGERY CENTER, | ) ) ) ) | |
| Defendant. | ) ) | |

### RESPONSE TO DEFENDANT'S OBJECTION TO PLAINTIFF'S (30)(b)(6) NOTICE OF DEPOSITION

COMES NOW Plaintiff, U. S. Equal Employment Opportunity Commission (hereinafter referred to as "EEOC" or "Plaintiff"), by and through its counsel of record, and submits its response to Defendant's 30(b)(6) Notice of Deposition in the above-styled matter. Plaintiff EEOC inadvertently omitted a description of specific requests, documents, and other information which it desires to be obtained from the 30(b)(6) designee. As such, we reissued the Notice of Defendant 30 (b)(6)Deposition on July 19, 2006.

    Respectfully submitted,

    JAMES LEE
    DEPUTY GENERAL COUNSEL

    GWENDOLYN YOUNG REAMS
    ASSOCIATE GENERAL COUNSEL

    EQUAL EMPLOYMENT OPPORTUNITY

COMMISSION
1801 "L" Street Northwest
Washington, D. C.  20507

C. EMANUEL SMITH (MS 7473)
REGIONAL ATTORNEY

MILDRED BYRD (LA 03741)
Supervisory Trial Attorney

MASON BARRETT (Colorado No. 21309)
Senior Trial Attorney

/s/ Debra Hawes Crook
DEBRA HAWES CROOK (ASB 6862 R69D)
Senior Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Birmingham District Office
Ridge Park Place, Suite 2000
1130 22nd Street South
Birmingham, AL  35205
(205) 212-2064

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to:

> Janell M. Ahnert, Esq.
> Robin Adams, Esq
> Stephen Brown, Esq.
> MAYNARD, COOPER & GALE, P. C.
> 2400 AmSouth Harbert Plaza
> 1901 Sixth Avenue North
> Birmingham, AL  35203

/s/   Debra Hawes Crook
DEBRA HAWES CROOK
Senior Trial Attorney