# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| EQUAL OPPORTUNITY ) <br> EMPLOYMENT COMMISSION <br> ) <br> Plaintiff, <br> ) <br> v. <br> ) <br> HEALTHSOUTH, INC., d/b/a, <br> HEALTHSOUTH MOBILE SURGERY ) <br> CENTER, <br> ) <br> Defendant. | CIVIL ACTION NO. 05-0517-CB-B |

## FINAL JUDGMENT

Pursuant to separate order entered this date granting defendant's motion for summary judgment, it is hereby **ORDERED, ADJUDGED and DECREED** that the claims of the plaintiff, Equal Opportunity Employment Commission, against the defendant, HealthSouth, Inc. d/b/a HealthSouth Mobile Surgery Center, be and hereby are **DISMISSED** with prejudice.

**DONE** this the 4th day of December, 2006.

*s/Charles R. Butler, Jr.*
**Senior United States District Judge**