Charles R. Diard Jr.
Clerk, U.S. District Court
113 SAINT JOSEPH ST
MOBILE  AL  36602-3606

March 30, 2007

**Appeal Number: 07-10468-EE**
Case Style: EEOC v. HealthSouth, Inc.
District Court Number:  05-00517  CV-CB-B ()

TO:   Charles R. Diard Jr.

CC:   Paul D. Ramshaw

CC:   Robin A. Adams

CC:   Stephen E. Brown

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

March 30, 2007

Charles R. Diard Jr.
Clerk, U.S. District Court
113 SAINT JOSEPH ST
MOBILE  AL  36602-3606

**Appeal Number: 07-10468-EE**
Case Style: EEOC v. HealthSouth, Inc.
District Court Number:  05-00517  CV-CB-B ()

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Brenda Wiegmann (404) 335-6174

MOT-2 (03-2006)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

MAR 3 0 2007

THOMAS K. KAHN
CLERK

No. 07-10468-EE

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff-Appellant,

versus

HEALTHSOUTH, INC.,
d.b.a. HealthSouth Mobile Surgery Center,

Defendant-Appellee.

---

On Appeal from the United States District Court for the
Southern District of Florida

---

BEFORE: WILSON and PRYOR, Circuit Judges.

BY THE COURT:

The parties' joint motion to dismiss this appeal with prejudice, with the parties bearing their own costs, is GRANTED.

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: Brenda Newmann
Deputy Clerk
Atlanta, Georgia